CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 11 2008

JOHN F. CORCORAN, CLERK
BY: /s/ Bright
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REGINALD R. BERRY, ) | |
| ) | |
| Plaintiff. ) | Civil Action No. 7:08CV00007 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| GENERAL ELECTRIC CORP., <u>et al.</u>, ) | By: Hon. Glen E. Conrad |
| ) | United States District Judge |
| Defendants. ) | |

In accordance with the accompanying memorandum opinion, it is hereby

**ORDERED**

as follows:

1. The motion to dismiss filed by Frank Larizza, Steve Kuring, and Maureen Young is **GRANTED IN PART AND DENIED IN PART**;

2. The motion for partial dismissal filed by General Electric is **GRANTED IN PART AND DENIED IN PART**;

3. Steve Kuring and Maureen Young are dismissed from the case; and

4. The case shall proceed as to the remaining claims against General Electric and Frank Larizza.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and counsel of record for the defendants.

ENTER: This 11th day of July, 2008.

_____
United States District Judge