CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE VA. - FILED

DEC 3 0 2008

JOHN F. CORCORAN, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| REGINALD R. BERRY, | ) |
| Plaintiff. | ) Civil Action No. 7:08CV00007 |
| v. | ) **FINAL ORDER** |
| GENERAL ELECTRIC CORP., et al., | ) By: Hon. Glen E. Conrad |
| | ) United States District Judge |
| Defendants. | ) |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that the defendants' motion for summary judgment shall be and hereby is **GRANTED**, and that this action shall be **STRICKEN** from the active docket of the court.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to all counsel of record.

ENTER: This 30th day of December, 2008.

_____
United States District Judge